IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JONATHAN HART,

    Plaintiff,

v.

EXEL, INC., d/b/a DHL Supply Chain;

    Defendant.

CIVIL ACTION FILE NO.
1:21-CV-00628-MLB-LTW

## MAGISTRATE JUDGE'S ORDER

On March 3, 2021, the undersigned stayed this case pending arbitration. [Doc. 9]. To date, the arbitration has not taken place. Because it is unnecessary for this action remain on the Court's calendar while arbitration is pending, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the case. The parties are **ORDERED** to file a status report regarding their efforts at arbitration within **90 days** from the date of this Order. Either party may move to reopen the case at any time.

**IT IS SO ORDERED**, this __30__ day of August, 2021.

_/s/ Linda T. Walker_
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE