# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN HART, | ) Case No. 1:21-cv-00628-MLB-LTW |
| | ) |
| Plaintiff, | ) Judge Michael L. Brown |
| | ) |
| v. | ) Magistrate Judge Linda T. Walker |
| | ) |
| EXEL INC. d/b/a DHL SUPPLY CHAIN, | ) |
| | ) |
| Defendant. | ) |

## STATUS REPORT

Pursuant to this Court's Order of August 30, 2021, the parties hereby provide their joint status report. The undersigned, Matthew C. Billips, is hereby entering a notice of appearance in this case. Plaintiff will shortly be providing a substitution of counsel for Ian Smith, who is no longer with the firm.

The arbitration has been filed and an arbitrator, Ms. Penn Payne, Esq., has been appointed. A copy of her Notice of Appointment is attached hereto as Exhibit A.

Respectfully submitted this 29th day of November, 2021.

**BARRETT & FARAHANY**

s/ *Matthew C. Billips*
Matthew C. Billips
Georgia Bar No. 057110

*Attorney for Plaintiff Alton Jones*

1100 Peachtree Street, Suite 500
Atlanta, GA 30309
404.214.0120
matt@justiceatwork.com
zachary@justiceatwork.com

**THOMPSON HINE LLP**

*/s/ Anthony C. White*
Anthony C. White, *admitted pro hac vice*

*Attorney for Defendant Exel, Inc. dba DHL Supply Chain*

41 South High Street, Suite 1700
Columbus, Ohio 43215-6101
614.469.3200
tony.white@thompsonhine.com

# General Arbitrator Oath Form

## American Arbitration Association

Jonathan Hart
Vs.
Exel, Inc. d/b/a DHL Supply Chain

Case# 01-21-0016-6134

**Notice of Appointment for Penn Payne**

**Disclosure Obligations**

It is most important that the parties have complete confidence in the arbitrator's impartiality. Therefore, please disclose any past or present relationship with the parties, their counsel, or potential witnesses, direct or indirect, whether financial, professional, social or of any other kind. This is a continuing obligation throughout your service on the case and should any additional direct or indirect contact arise during the course of the arbitration or if there is any change at any time in the biographical information that you have provided, it must also be disclosed. Any doubts should be resolved in favor of disclosure. If you are aware of direct or indirect contact with such individuals, please describe it below. Failure to make timely disclosures may forfeit your ability to collect compensation. All disclosures will be brought to the attention of the parties.

Instructions

You will not be able to serve until this duly executed Notice of Appointment has been completed and submitted. Please review the *Disclosure Guidelines* found by navigating to the *My Tasks* screen from the menu on the left, and after conducting a conflicts check, answer the following questions and complete the remainder of this Notice of Appointment.

Should the answer to any of the following questions be "Yes", or if you are aware of any other information that may lead to a justifiable doubt as to your impartiality or independence or create an appearance of partiality, then describe the nature of the potential conflict(s) in the space provided.

1. Do you or your law firm presently represent any person in a proceeding involving any party to the arbitration?

Answer : NO

2. Have you represented any person against any party to the arbitration?

Answer : NO

3. Have you had any professional or social relationship with counsel for any party in this proceeding or the firms for which they work?

Answer : YES

Comments : See Attachment to Notice of Appointment.

4. Have you had any professional or social relationship with any parties or witnesses identified to date in this proceeding or the entities for which they work?

Answer : NO

# General Arbitrator Oath Form

5.  Have you had any professional or social relationship of which you are aware with any relative of any of the parties to this proceeding, or any relative of counsel to this proceeding, or any of the witnesses identified to date in the proceeding?

Answer : NO

6.  Have you, any member of your family, or any close social or business associate ever served as a neutral in a proceeding in which any of the identified witnesses or named individual parties gave testimony?

Answer : NO

7.  Have you, any member of your family, or any close social or business associate been involved in the last five years in a dispute involving the subject matter contained in the case which you are assigned?

Answer : NO

8.  Have you ever served as an expert witness or consultant to any party, attorney, witness or other arbitrator identified in this case?

Answer : NO

9.  Have any of the party representatives, law firms or parties appeared before you in past arbitration cases?

Answer : YES

Comments : See Attachment to Notice of Appointment.

10.  Are you a member of any organization that is not listed on your panel biography that may be relevant to this arbitration?

Answer : NO

11.  Have you ever sued or been sued by either party or its representative?

Answer : NO

12.  Do you or your spouse own stock in any of the companies involved in this arbitration?

Answer : NO

13.  If there is more than one arbitrator appointed to this case, have you had any professional or social relationships with any of the other arbitrators?

Answer : NO

14.  Are there any connections, direct or indirect, with any of the case participants that have not been covered by the above questions?

Answer : NO

15.  Are you aware of any other information that may lead to a justifiable doubt as to your impartiality or independence or create an appearance of partiality?

# General Arbitrator Oath Form

Answer : NO

**Files Attached to Oath**

| **Name** | **Description** |
|---|---|
| Attachment to Notice of Appointment.pdf | Arbitrator Disclosures |

**Arbitrator's Oath**

I attest that I have reviewed my biographical information provided to the parties on this case and confirm it is current, accurate and complete.

I attest that I have diligently conducted a conflicts check, including a thorough review of the information provided to me about this case to date, and that I have performed my obligations and duties to disclose in accordance with the Rules of the American Arbitration Association, Code of Ethics for Arbitrators in Commercial Disputes, the parties' agreement, and applicable law pertaining to arbitrator disclosures.

I further affirm that consistent with the applicable Rules of the American Arbitration Association, the Code of Ethics for Arbitrators in Commercial Disputes, the parties' agreement, and applicable law:

- That I am fit to serve on the above-referenced arbitration and able to fully execute my responsibilities during all phases of the case;
- That I will keep confidential all matters relating to the above-referenced arbitration;
- That I will maintain a professional demeanor and appearance of impartiality during all phases of this case;
- That I will endeavor to effectively manage all phases of this case with a commitment to speed, economy and just resolution in a manner consistent with the parties' expectations;
- That I will bill parties responsibly and ethically and will review my bills for reasonableness relative to the nature and scope of the activity performed prior to submitting them to the AAA.

The arbitrator being duly sworn, hereby accepts this appointment.

**Terms of Compensation**

Before proceeding, please indicate that you have reviewed the Notice of Compensation Arrangements for this case.



Once completed, please indicate your acceptance of this appointment as arbitrator by entering your initials in the space provided.

(PP)

Penn Payne
13-Nov-21